IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO.: 5:10-CV-143

| | |
|---|---|
| JACKIE PEARSON, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| Defendant. | ) |

On motion of claimant's counsel, and for good cause shown, IT IS ORDERED, pursuant to 42 U.S.C. § 406(b)(1), that claimant's counsel be awarded attorney fees in the amount of $14,483.75 and that claimant's counsel will then reimburse claimant $4,025.00, which was previously awarded to claimant's counsel.

SO ORDERED. This **29** day of July 2013.

JAMES C. DEVER III
Chief United States District Judge